UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN OWEN-BROOKS, SARAH HENSON, and DIANA DASALLA, <br><br>Plaintiffs, <br><br>vs. <br><br>PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS, an Ohio corporation, PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, an Ohio Corporation, J.D. POWER, AND MITCHELL INTERNATIONAL, INC., <br><br>Defendants. | **JUDGMENT** <br>**CASE NO. 5:22-CV-182-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on June 10, 2024 [DE 113], Plaintiffs' motion for class certification [DE 48] is DENIED. As a result of this denial, this court may no longer exercise subject matter jurisdiction over this action pursuant to the Class Action Fairness Act. In addition, because the amount in controversy does not exceed $75,000, this court likewise lacks diversity subject matter jurisdiction. The absence of subject matter jurisdiction compels dismissal (without prejudice) of this action.

Judgment filed and entered on June 10, 2024, and copies to:
Counsel of Record (via CM/ECF electronic notification)

June 10, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk